Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SUPREME AUTO CARE AND TRANSMISSIONS INC. dba AAMCO OF FREMONT; THORNTON LLC;<br><br>Defendants. | Case No. 4:21-cv-01557-YGR<br><br>**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 3, 2021                                MOORE LAW FIRM, P.C.


                                                 /s/ Tanya E. Moore
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff,
                                                 Gerardo Hernandez

**PURSUANT TO NOTICE, IT IS SO ORDERED.**
The Clerk shall close the case.

Date: May 10, 2021

                                                 Yvonne Gonzalez Rogers
                                                 United States District Judge